

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00723-CR

Michael P. **CARACHEO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR17-040
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The trial court's certification in this appeal states the underlying case "is a plea-bargain case, and the defendant has NO right of appeal." The trial court's judgment, however, recites appellant pled not guilty and was found guilty by a jury. Accordingly, the trial court's certification of defendant's right of appeal is defective. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Sanchez v. State*, 109 S.W.3d 760 (Tex. App.—San Antonio 2003, no pet.). It is therefore ORDERED that the trial court amend the certification and cause the trial court clerk to file a supplemental clerk's record containing the amended certification within twenty days from the date of this order.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court